1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
12

NATURAL RESOURCES DEFENSE
COUNCIL, INC. et al,

No. C 02-01650 CRB

**ORDER**

13

14
Plaintiffs,

v.

15
NATIONAL MARINE FISHERIES
SERVICE et al.,

16

Defendants.

17
_____/

18        The Court has received a stipulation between the parties requesting a change to the

19   briefing schedule and hearing date on plaintiffs' motion for order on remedy.  The Court has

20   reviewed the stipulation and grants the request, but with the following schedule:

21        1.        Defendants' and intervenors' supplemental filings shall be filed no later than

22                  November 14, 2005.

23        2.        Plaintiffs' Reply shall be filed no later than November 21, 2005.

24        3.        Oral argument on plaintiff's motion is re-set for December 2, 2005.

25        **IT IS SO ORDERED.**

26

27

28   Dated: November 8, 2005

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28