1  ANDREW P. CAPUTO, SBN 203655
2  DAVID E. NEWMAN, SBN 233263
   Natural Resources Defense Council
3  111 Sutter Street, 20th Floor
   San Francisco, CA 94104
4  Telephone: (415) 875-6100
5  Fax: (415) 875-6161

6  Attorneys for Plaintiffs

7  KRISTEN BYRNES FLOOM, SBN 469615 (DC)
8  United States Department of Justice
   Environment & Natural Resources Division
9  Wildlife & Marine Resources Section
10 Benjamin Franklin Station, P.O. Box 7369
   Washington, DC 20044-7369
11 Telephone: (202) 305-0340
   Fax: (202) 305-0275
12

13 Attorney for Federal Defendants

14 JAMES P. WALSH, SBN 184620
15 Davis Wright Tremaine LLP
   One Embarcadero Center, Suite 600
16 San Francisco, CA 94111-3611
   Telephone: (415) 276-6500
17 Fax: (415) 276-6599

18
   Attorney for Intervenors
19

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

20
21  _____
                                              )
22  NATURAL RESOURCES DEFENSE COUNCIL, INC.   )
    et al.,                                   )
23                                            )
24                        Plaintiffs,         )   No. C 02-1650 CRB
                                              )
25               v.                           )   ~~PROPOSED~~ ORDER
                                              )
26  NATIONAL MARINE FISHERIES SERVICE et al., )
                                              )
27                                            )
                          Defendants.         )
28  _____)

**PROPOSED ORDER – Case No. C 02-1650 CRB**

1

1    This matter is on remand from the Ninth Circuit as directed in <u>Natural Resources Defense
2    Council, Inc. v. National Marine Fisheries Service</u>, 421 F.3d 872 (9th Cir. 2005).  Now pending
3    before the Court is plaintiffs' motion for order on remedy.  After carefully considering the
4    parties' briefs, and with the benefit of oral argument, the Court rules as follows:

   1. The Court REMANDS the remedy determination to the National Marine Fisheries
      Service to permit the agency to establish a global solution for the 2007-2008
      darkblotched rockfish quota pursuant to the proper administrative and agency procedures
      and any applicable laws.  The Service shall have completed its normal and appropriate
      protocol and shall have a quota in place by December 31, 2006.

   2. This Court REMANDS a remedy determination for the 2006 darkblotched rockfish quota
      to the National Marine Fisheries Service ("NMFS") in order to establish an interim rule
      pursuant to 16 U.S.C. § 1855(c).  NMFS shall file with the <u>Federal Register</u> a proposed
      interim rule for the 2006 darkblotched rockfish quota by December 15, 2005 and, by that
      same date, deliver to plaintiffs and intervenors a copy of the proposed rule.  The public
      comment period on the interim rule shall run until January 15, 2006.  No later than
      February 15, 2006, NMFS shall file with the <u>Federal Register</u> the final interim rule.
      NMFS shall also deliver to plaintiffs and intervenors a copy of the final interim rule and a
      complete administrative record for the agency's decision no later than February 15, 2006.
      If they choose to contest the interim rule, plaintiffs will file a motion to that effect on
      February 27, 2006.  NMFS and the intervenors will file their oppositions on March 6,
      2006.  Plaintiffs will file their reply on March 10, 2006.  The Court will hear oral
      argument on March 15, 2006, at 4:00 pm.

IT IS SO ORDERED.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*

Dated: December _08_, 2005

**PROPOSED ORDER – Case No. C 02-1650 CRB**

2